# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joy Miller, | Civ. No. 23-2571 (JWB/TNL) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Anoka Human Services, | |
| Defendant. | |

The above matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Tony N. Leung dated September 22, 2023. (Doc. No. 3.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The September 22, 2023 Report and Recommendation (Doc. No. 3) is **ACCEPTED**. This case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: October 10, 2023

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge